# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 2:26-mj-67 |
| Tyler Nike Thomas | ) | |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 2-10-26

*Thomas by SS*
*Defendant's signature*

*[signature]*
*Signature of defendant's attorney*

Sam Shamansky
*Printed name and bar number of defendant's attorney*

523 S. Third St
*Address of defendant's attorney*

shamanskyco@gmail.com
*E-mail address of defendant's attorney*

614 242 3939
*Telephone number of defendant's attorney*

614 242 3999
*FAX number of defendant's attorney*