HH/EC

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Tyler Nike Thomas<br>947 Hunter Avenue<br>Columbus, Ohio 43201<br><br>*Defendant* | )<br>)<br>) Case No. 2:26-mj-67<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Tyler Nike Thomas ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §2251: Sexual Exploitation of a Minor
18 U.S.C. §2423(b): Travel in Interstate Commerce with Intent to Engage in Illicit Sexual Conduct

Date: February 9, 2026

Kimberly A. Jolson
United States Magistrate Judge

City and state: Columbus, Ohio

---

**Return**

This warrant was received on *(date)* 2/9/26 , and the person was arrested on *(date)* 2/10/26
at *(city and state)* Columbus, OH .

Date: 2/10/26

*Arresting officer's signature*

Josh Salter
*Printed name and title*