**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO. 2:26-mj-67** |
| | : | |
| **Plaintiff,** | : | **MAGISTRATE JUDGE JOLSON** |
| | : | |
| **v.** | : | |
| | : | **JOINT MOTION FOR EXTENSION OF** |
| | : | **TIME DURING WHICH** |
| **TYLER NIKE THOMAS** | : | **INDICTMENT/INFORMATION MUST** |
| | : | **BE FILED** |
| **Defendant.** | : | |

Now comes United States of America, by and through the undersigned attorneys, along with counsel for Defendant Tyler N. Thomas, and respectfully move this Court for an order extending the time for the return of an Indictment or Information pursuant to 18 U.S.C. § 3161(b) from June 11, 2026 to October 9, 2026.  Mr. Thomas is aware of his right to the timely filing of an Indictment or Information, afforded to him under 18 U.S.C. § 3161(b), and hereby waives that right for the purposes of this motion.  Defense counsel has communicated with his client and certifies that this waiver is knowingly and voluntarily made.  The parties believe this continuance would best serve the interests of justice and that the time would be excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

The defendant was charged by way of criminal complaint in February of 2026 with sexual exploitation of a minor, in violation of 18 U.S.C. § 2251, and travel with intent to engage in illicit sexual activity, in violation of 18 U.S.C. § 2423(b). The defendant faces a mandatory minimum of 15 years' incarceration, a maximum of lifetime imprisonment, and the possibility of the death penalty due to the death of the victim, as a result of the current charges.

In light of the seriousness of the charges, the government's investigation has been ongoing and thorough. The government and Defendant's counsel have remained in consistent communication about the progress of the investigation and the preparation of initial discovery materials that will soon be provided to the defense. The parties are making every effort toward resolving this case as expeditiously as is possible under the circumstances. The parties believe that additional time for the return of an Indictment of Information would best serve the interest of justice, while not impinging on the interest of the public in a speedy trial, as an extension will allow the parties to continue to communicate and jointly plan the next steps in this matter, which provides the best opportunity to conserve the significant resources a trial would expend.

For these reasons, the United States and Defendant's counsel request an extension of the time within which an Indictment or Information may be filed in this case until October 9, 2026. The attorney for Tyler N. Thomas has indicated that he agrees to the requested extension of the time.

Respectfully submitted,

DOMINICK S. GERACE, II
United States Attorney


s/*Emily Czerniejewski*
EMILY CZERNIEJEWSKI  (IL 6308829)
HEATHER A. HILL (0100920)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 406-3572
Fax: (614) 469-5653
E-mail: Emily.Czerniejewski@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Unopposed Motion for Extension of Time During Which Indictment/Information Must be Filed was served the 15th day of May, 2026 electronically on all parties of record.

s/*Emily Czerniejewski*
EMILY CZERNIEJEWSKI  (IL 6308829)
Assistant United States Attorney